Richard L. RYAN, Respondent,

v.

JORGENSON CHEVROLET and
American Mutual Insurance
Co., Relators.

No. C7–87–1458.

Supreme Court of Minnesota.

Aug. 19, 1988.

Andrew W. Lynn, Minneapolis, for relators.

Charles A. Bird, Van P. Jacobsen, Rochester, for respondent.

AMDAHL, Chief Justice.

This is an appeal from a workers' compensation decision affirming an award of concurrent economic recovery compensation and temporary partial compensation at the temporary total rate. For the reasons stated in *Parson v. Holman Erection Company*, 428 N.W.2d 72 (Minn.1988), we reverse.

Reversed.